UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-09129-KS Date: August 18, 2026

Title *Jose Adalberto Mancia Alvarez v. Ernesto Santacruz Jr. et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| Kerri Hays | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| --- | --- |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE**

The Court is in receipt of the "Application for Ex Parte Temporary Restraining Order" filed by counsel for Petitioner Jose Adalberto Mancia Alvarez on August 17, 2026 ("TRO Application"). (Dkt. No. 3.)

The Court ORDERS Respondents to file a response to the TRO Application on or before August 20, 2026. If appropriate, Respondents may file a combined response to the TRO Application and the underlying habeas petition. Petitioner may file a reply in support of the TRO Application on or before August 24, 2026.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh